# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **STUART AND ALLISON LABORDE PLAINTIFFS,** | § § § | **CASE NO. 1:23-cv-1315 (LEAD)** |
| **V.** | § § § | **JUDGE TERRY A. DOUGHTY** |
| **HUNT OIL COMPANY DEFENDANTS.** | § § § § | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |
| **Consolidated with** | § § § | |
| **GLENDON NORMAND, et al.** | § § | **CASE NO. 1:23-cv-01316 (MEMBER)** |
| **V.** | | |
| **HUNT OIL COMPANY** | | |

## PLAINTIFFS' MOTION TO CERTIFY FINAL JUDGMENT

Plaintiffs Stuart Laborde, Allison Laborde, Glendon Normand, and Dana Normand respectfully move the Court pursuant to Fed. R. Civ. P. 54(b) for an entry of final judgment as to Plaintiffs' claims that the Court dismissed in its June 6, 2025, Judgment [Doc. No. 32] granting the Partial Motion for Summary Judgment filed by Defendant Hunt Oil Co. [Doc. 21] based on the reasons stated in the Court's Memorandum Ruling [Doc. No. 31] issued June 6, 2025. For the reasons stated in Plaintiffs' attached Memorandum of Law in Support, Plaintiffs respectfully request that the Court grant their Motion to Certify Final Judgment and enter the following proposed Order.

        Respectfully submitted,
        **STAG LIUZZA, L.L.C.,**

        */s/ Ashley M. Liuzza*
        Michael G. Stag (No. 23314)
        Ashley M. Liuzza (No. 34645)
        Matthew D. Rogenes (No. 36652)
        STAG LIUZZA, LLC
        365 Canal Street, Suite 2850
        New Orleans, LA 70130
        Phone: (504) 593-9600
        Facsimile: (504) 593-9601
        mstag@stagliuzza.com
        aliuzza@stagliuzza.com
        mrogenes@stagliuzza.com

        ***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2025, I filed the foregoing pleading electronically with the United States District Court for the Western District of Louisiana through the CM/ECF system, and that a copy is being served on all counsel of record via the CM/ECF system.

        */s/ Ashley M. Liuzza*
        Ashley M. Liuzza