# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **STUART LABORDE ET AL** | **CASE NO. 1:23-CV-01315 LEAD** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **HUNT OIL CO** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

Upon consideration of the Plaintiffs' Motion to Certify Final Judgment filed by Plaintiffs Stuart Laborde and Allison Laborde ("Plaintiffs") [Doc. No. 35], the Court finding for the reasons stated in the Plaintiffs' Memorandum in Support and Supplemental Memorandum in Support, there is no just reason to delay the entry of final judgment as to fewer than all claims.

**IT IS ORDERED** that pursuant to Fed. R. Civ. P. 54(b) final judgment will be entered as to the Court's June 6, 2025, Judgment [Doc. No. 32] granting Hunt Oil Company's Motion for Partial Summary Judgment [Doc. No. 21] for the reasons stated in the Court's Memorandum Ruling [Doc. No. 31] and dismissing with prejudice Plaintiffs' claims pursuant to the Louisiana Environmental Quality Act, and any claims to recover civil penalties, attorney fees, and damages under Louisiana's Conservation Laws.

MONROE, LOUISIANA, this 21st day of October, 2025.

Terry A. Doughty
United States District Judge