

SCOTT L. ZIMMER
scott.zimmer@kellyhart.com

TELEPHONE: (817)-878-3534
FAX: (817)-878-9280

January 12, 2026

Hon. Daniel J. McCoy
Clerk of Court
United States Court House
515 Murray Street, Suite 105
Alexandria, Louisiana 71301

    Re: *Stuart Laborde et al v. Hunt Oil Company*, No. 1:23-cv-1315 c/w *Glendon Normand et al v. Hunt Oil Company*, No. 1:23-cv-1316

Dear Mr. McCoy:

    Pursuant to Local Rule 16.4, the parties herby advise that a settlement in the captioned matter has been reached. The parties anticipate filing closing documents in the next 60 days. Please feel free to contact me with any questions.

    Very truly yours,

    /s/*Scott L. Zimmer*
    Scott L. Zimmer

SLZ/bis


Cc:    Hon. Terry A. Doughty
       Hon. Joseph H. L. Perez-Montes
       All counsel

FORT WORTH OFFICE | 201 MAIN STREET, SUITE 2500 | FORT WORTH, TX 76102 | TELEPHONE: (817) 332-2500 | FAX: (817) 878-9280
AUSTIN OFFICE | 303 COLORADO, SUITE 2000 | AUSTIN, TX 78701 | TELEPHONE: (512) 495-6400 | FAX: (512) 495-6401
NEW ORLEANS OFFICE | 400 POYDRAS STREET, SUITE 1812 | NEW ORLEANS, LA 70130 | TELEPHONE: (504) 522-1812 | FAX: (504) 522-1813
BATON ROUGE OFFICE | 301 MAIN STREET, SUITE 1600 | BATON ROUGE, LA 70801 | TELEPHONE: (225) 381-9643 | FAX: (225) 336-9763
MIDLAND OFFICE | 500 W. ILLINOIS STREET, SUITE 800 | MIDLAND, TX 79701 | TELEPHONE: (432) 683-4691 | FAX: (432) 683-6518
Kelly Hart & Hallman, a Limited Liability Partnership | www.kellyhart.com