## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **STUART LABORDE ET AL** | **CASE NO.  1:23-CV-01315 LEAD** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **HUNT OIL CO** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled [Doc. No. 65],

**IT IS ORDERED** that this action is hereby **DISMISSED WITHOUT PREJUDICE**, subject to the right, upon good cause shown within sixty (60) days of the signing of this Order, to reopen the action if settlement is not consummated.  The Clerk is now requested to close this case.

**IT IS FURTHER ORDERED** that within sixty (60) days of the signing of this Order, the parties shall submit to the Court: (1) a joint motion to dismiss accompanied by a proposed order; or (2) a Rule 41(a)(1)(A)(ii) stipulation of dismissal signed by all parties who have appeared in this action. Any motion that may be pending in this case is hereby **DENIED AS MOOT**.

MONROE, LOUISIANA, this 12th day of January 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE